IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02092-MSK-PAC

TIMOTHY HOLLINGSHEAD,

    Plaintiff(s),

v.

PROVINCE HEALTHCARE COMPANY d/b/a,
COLORADO PLAINS MEDICAL CENTER,
LORIN S. BRANDON, and
ROBERT A. JELINEK,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that no response having been filed, the Defendant Lorin S. Brandon's Motion for Leave to Amend Answer and Counterclaims  [filed August 5, 2005], Doc. No. 32, is **GRANTED** as follows:

    Defendant Brandon's tendered First Amended Answer and Counterclaims shall be date-stamped and filed with the Court this date.

    IT IS **FURTHER ORDERED** that plaintiff's Answer or other responsive pleading is due on or before **October 28, 2005.**

Dated:  October 17, 2005