IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02092-MSK-PAC

TIMOTHY HOLLINGSHEAD,

    Plaintiff,

v.

PROVINCE HEALTHCARE COMPANY d/b/a,
COLORADO PLAINS MEDICAL CENTER,
LORIN S. BRANDON, and
ROBERT A JELINEK,

    Defendants.
_____

### ORDER DENYING MOTION TO VACATE AND RESCHEDULE
### FEBRUARY 2, 2006 PRE-TRIAL CONFERENCE OR FOR ENLARGEMENT OF TIME
_____

THIS MATTER having come before this Court upon the Stipulated Motion to Vacate and Reschedule Pre-Trial Conference or for Enlargement of Time to File Pre-Trial Order **(#56)**, and having been so advised in the premises,

HEREBY ORDERS THAT said Stipulated Motion is DENIED.  This Court's Order of November 14, 2005 **(# 49)** stated that "The parties are advised that in light of this extension, the Motions for Summary Judgment likely will not be ruled upon before or at the Final Pre-Trial Conference."  The sole justification given for the relief sought in the instant motion is the pendency of such motions.  Indeed, the Court notes that the parties' summary judgment motions have been fully briefed for no more than a week.  Having delayed the filing of such motions until the last available date, and having sought additional time thereafter to engage in briefing, the parties have deprived the Court of sufficient time to fully evaluate the motions prior to the Final

Pre-Trial Conference. Accordingly, the request to vacate that conference pending adjudication of the motions is denied.

Furthermore, the parties have not offered any cause whatsoever, much less good cause, for an extension of time to file a Proposed Pre-Trial Order. Even assuming that the request is also founded on the pendency of the summary judgment motions, the Court finds that such motions have no effect on the parties' ability to prepare a Proposed Pre-Trial Order as directed.

Accordingly, the Stipulated Motion to Vacate and Reschedule **(# 56)** is **DENIED** in its entirety.

DATED this 17th day of January 2006.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge