IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02092-MSK-PAC

TIMOTHY HOLLINGSHEAD,

    Plaintiff,

v.

PROVINCE HEALTHCARE COMPANY d/b/a,
COLORADO PLAINS MEDICAL CENTER,
LORIN S. BRANDON, and
ROBERT A JELINEK,

    Defendants.

## ORDER AND NOTICE OF RULE 702 HEARING

THIS MATTER comes before the Court on the Parties' Joint Motion Under Fed. R. Evid. 702 **(#69)** for a two (2) hour hearing.

IT IS HEREBY ORDERED that a Rule 702 hearing will be held on **March 16, 2006 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 6th day of March 2006.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger

United States District Judge