IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02092-MSK-PAC

TIMOTHY HOLLINGSHEAD,

    Plaintiff,

v.

PROVINCE HEALTHCARE COMPANY d/b/a,
COLORADO PLAINS MEDICAL CENTER,
LORIN S. BRANDON, and
ROBERT A JELINEK,

    Defendants.

_____

### ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL COUNTERCLAIMS BETWEEN PLAINTIFF AND DEFENDANT ROBERT JELINEK
_____

    This matter comes before the Court on the Stipulation for Dismissal with Prejudice of All Claims and All Counterclaims between Plaintiff Timothy Hollingshead and Defendant Robert Jelinek **(#79)**, each party to pay his own attorneys fees and court costs.

    **IT IS THEREFORE ORDERED** that all claims and all counterclaims between Plaintiff and Defendant Robert Jelinek are dismissed with prejudice.  Each party shall pay his own

attorneys fees and costs.  All future pleadings will bear an amended caption.

DATED this 20th day of March 2006.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge