IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02092-MSK-PAC

TIMOTHY HOLLINGSHEAD,

    Plaintiff,

v.

PROVINCE HEALTHCARE COMPANY d/b/a,
COLORADO PLAINS MEDICAL CENTER, and
LORIN S. BRANDON,

    Defendants.

_____

### ORDER RE: AMENDED AND UNOPPOSED MOTION FOR TWO-DAY EXTENSION TO FILE STIPULATION TO DISMISS WITH PREJUDICE
_____

THIS MATTER having come before this Court upon the Amended and Unopposed Motion for Two-Day Extension to File Stipulation to Dismiss with Prejudice **(#92)**, and having been so advised in the premises,

IT IS HEREBY ORDERED that said Motion is **GRANTED**. Plaintiff Timothy Hollingshead and Defendant Lorin S. Brandon shall have until Wednesday, April 19, 2006, to file their Stipulation, dismissing all claims asserted against one another, with prejudice.

Dated this 19th day of April 2006.

BY THE COURT:

Marcia S. Krieger
United States District Judge