IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02092-MSK-PAC

TIMOTHY HOLLINGSHEAD,

    Plaintiff,

v.

PROVINCE HEALTHCARE COMPANY d/b/a,
COLORADO PLAINS MEDICAL CENTER, and
LORIN S. BRANDON,

    Defendants.

_____

### ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE
_____

THIS MATTER having come before this Court upon the parties' (Plaintiff Timothy Hollingshead and Defendant Lorin S. Brandon) Stipulation to Dismiss with Prejudice **(#93)**, and being so advised in the premises,

IT IS HEREBY ORDERED that said Motion is GRANTED.  This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 19th day of April 2006.

                **BY THE COURT:**

                _____
                Marcia S. Krieger
                United States District Judge