**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                    Date: August 31, 2007
Court Reporter:        Paul Zuckerman

Civil Action No. 04-cv-02092-MSK-KLM

*Parties*:                                                                    *Counsel Appearing:*

TIMOTHY HOLLINGSHEAD,                                 Phil Pearson
                                                                              Ricky Carmickle

        Plaintiff,

v.

PROVINCE HEALTHCARE COMPANY,                  Joseph Woodruff
d/b/a COLORADO PLAINS MEDICAL CENTER,     Matthew McInteer
                                                                              Susan Sperber

        Defendant.

---

## COURTROOM MINUTES

HEARING:   Final Pretrial Conference and 702 hearing.

**9:11 a.m.    Court in session.**

All parties are their counsel are present. Michael Anaya, CEO as representative of defendant Colorado Plains Medical and plaintiff are present.

*Final Pretrial Conference:*

**PENDING MOTIONS.**

    **ORDER:**   Joint Motion to Amend Motion under F.R.C.P. 702 **(Doc. #116)** is **GRANTED.**

    **ORDER:**   Motion to Reset **(Doc. #105)** and Unopposed Motion to Withdraw **(Doc. #114)** are **DENIED.**

    **ORDER:**   Motion in Limine to Exclude Noneconomic damage **(Doc. #108)** is **DENIED** with leave to renew at time of trial.

The Court advises counsel to reassess the amount of time necessary for trial in light of the Court's summary judgment ruling.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Trial is set for November 5, 2007. The Court advises counsel that the trial is in a first position and will likely proceed as scheduled unless a currently set criminal trial is not resolved. The trial will begin on November 5, 2007 and proceed on November 6, 7, 13 and 14, 2007. November 8 and 9 are dark days- no trial will be held on those days.

Review of the proposed final pretrial order - matters addressed:

> Claims
> Defenses
> Witness List
> Exhibit List
> Anticipated motions
> Trial length, trial process, technology training, evidentiary issues and any questions posed by counsel.

No objection to the jury taking notes.

**ORDER**:  Motions with regard to the contention of the defendant that it is not a proper party to this litigation will be filed by **September 28, 2007.**

Motion **and** response with regard to interpretation or understanding of the summary judgment ruling to be filed by **September 28, 2007.**

Revised final pretrial order to be submitted by **September 28, 2007.**

Revised witness and exhibit lists to be submitted by **September 28, 2007.**

Proposed *voir dire* and jury instructions will be filed by **September 28, 2007.**

**ORDER:**  Pertinent to trial process: opening statements will be 20 minutes per side; closing arguments will be 30 minutes per side. Evidence presentation time will divided equally between the parties and tracked on the chess clock by the Courtroom Deputy.

The Court addresses the parties.

**9:58 a.m.     Court in recess**
**10:09 a.m.    Court in session**

*702 Hearing:*

Opinion 1 of plaintiff expert John Butler and defendant's objections recited for the record.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

Opinions 2-13 are deemed "methodology" relating to Opinion 1. Opinions 14-17 are deemed moot by the parties.

**Witness sworn for the plaintiff :John Butler :**
**10:28 a.m.**      Direct Examination by Mr. Carmickle.

**EXHIBITS:   Received:**      1-15 (by stipulation)

Cross examination of witness John Butler by Mr. Woodruff.

Defendant requests to take a witness out of order at this time. Plaintiff has no objection.

**Witness sworn for the defendant : Kevin Call :**
**11:59 a.m.**      Direct Examination by Mr. Woodruff

Cross examination of witness Kevin Call by Mr. Carmickle.

No redirect examination.

Redirect examination of witness John Butler by Mr. Carmickle

Evidence concluded.

**12:33 p.m.      Court in recess.**
**1:33 p.m.       Court in session.**

Argument by plaintiff's counsel, Mr. Carmickle.

Argument by defendant's counsel, Ms. Sperber.

Rebuttal argument by Mr. Carmickle.

Oral findings and conclusions of law are incorporated herein.

**ORDER:**      The Court sustains both of the objections made by the defense as to Mr. Butler's opinion and find that insufficient foundation has been established to allow admission of the opinion at trial.

**2:02          Court in recess**
**Total Time:   3 hours 40 minutes.**
**Hearing concluded.**