IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02092-MSK-KLM

TIMOTHY HOLLINGSHEAD,

    Plaintiff,

v.

PROVINCE HEALTHCARE COMPANY d/b/a and
COLORADO PLAINS MEDICAL CENTER,

    Defendants.

**ORDER SETTING DATE FOR RESPONSE TO MOTION
AND LAW AND MOTION HEARING**

THIS MATTER comes before the Court on the Motion for Ruling and Reformation of Pretrial Order and Certificate of Compliance with D.C.COLO.LCivR 7.1(A) (Motion) filed September 28, 2007, **(#122)** by Defendant Province Healthcare Company d/b/a Colorado Plains Medical Center. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **October 11, 2007. No reply shall be filed.**

**IT IS FURTHER ORDERED** that a law and motion hearing is set for **October 22, 2007, at 3:30 p.m.,** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes. Counsel shall *bring their calendars.*

The parties shall be prepared to address the present Motion as well as the Unopposed Motion for Extension of Time to File Jury Instructions and Certificate of Compliance with D.C.COLO.LCivR 7.1(A) **(#123)**.

DATED this 1st day of October, 2007.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge