IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02092-MSK-KLM

TIMOTHY HOLLINGSHEAD,

    Plaintiff,

v.

PROVINCE HEALTHCARE COMPANY d/b/a and
COLORADO PLAINS MEDICAL CENTER,

    Defendants.

_____

### ORDER RESETTING LAW AND MOTION HEARING
_____

THIS MATTER comes before the Court *sua sponte*. It appears from a review of this Court's docket that a scheduling conflict exists on the day this matter is set for a law and motion hearing. Accordingly,

**IT IS ORDERED** that the Law and Motion hearing set for Monday, October 22, 2007, at 3:30 p.m. is **reset** to **October 24, 2007, at 10:00 a.m.**

DATED this 4th day of October, 2007.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge